


U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET



**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed August 23, 2007**

**United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| JERRY BURNETT | § | CASE 06-33549SGJ-7 |
| | § | |
| DEBTOR | § | |

_____

| | | |
|---|---|---|
| EPICREALM TECHNOLOGIES, LLC | § | |
| | § | |
| PLAINTIFF | § | |
| | § | |
| -vs- | § | ADVERSARY NO. 06-03523 |
| | § | |
| JERRY BURNETT | § | |
| | § | |
| DEFENDANT | § | |

**MEMORANDUM OPINION**

CAME ON for trial this day the above styled and number Adversary Proceeding. After

having heard the evidence and considered the argument of counsel the Court finds, for the

reasons set forth in open Court on August 21, 2007, that the Complaint objecting to the discharge

of Debtor under sections 523 and 727 of the Bankruptcy Code should be denied.

Judgment shall enter in favor of the Defendant and against the Plaintiff.

### End of Order ###